IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CT-03135-M-RJ

PATRICK O'NEAL HARRIS,               )
                                     )
                Plaintiff,           )
                                     )
        v.                           )          **ORDER**
                                     )
NORTH CAROLINA DEPARTMENT OF         )
ADULT CORRECTIONS, et al.,           )
                                     )
                Defendants.          )

On June 30, 2025, Patrick O'Neal Harris ("plaintiff"), a state inmate proceeding without prepayment of fees, filed *pro se* a complaint under 42 U.S.C. § 1983. See [D.E. 1, 5, 10].

Publicly available information reflects that the plaintiff in this action was released from state custody on June 5, 2026. See N.C. Dept. of Adult Correction, Offender Pub. Info., https://webapps.doc.state.nc.us/opi/viewoffender.do?method=view&offenderID=0953670&searc hOffenderId=0953670&searchDOBRange=0&listurl=pagelistoffendersearchresults&listpage=1 (visited June 22, 2026). Plaintiff, however, failed to inform the court of his new address within two weeks of his release, as is required by Local Civil Rule 83.3.

Accordingly, the court: DISMISSES WITHOUT PREJUDICE the action for failure to prosecute; DENIES AS MOOT the pending motions [D.E. 18, 19]; and DIRECTS the clerk to close the case.

SO ORDERED this 22d day of June, 2026.

RICHARD E. MYERS II
Chief United States District Judge